# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CASMIRO CRUZ TELLEZ,<br>*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-23-CV-00075-XR |
| WILLIAM P. BARR, U.S. ATTORNEY GENERAL;<br>*Defendant* | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

Plaintiff Casmiro Cruz Tellez shall take nothing by his claims against Defendant William P. Barr, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 25th day of June, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE